ACCEPTED
06-15-00044-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/16/2015 4:32:42 PM
DEBBIE AUTREY
CLERK

No. 06-15-00044-CV

# In the Court Of Appeals
# for the Sixth Judicial District of Texas
# at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/16/2015 4:32:42 PM
DEBBIE AUTREY
Clerk

**BURLINGTON RESOURCES OIL & GAS COMPANY LP,**

*Appellant,*

**v.**

**PETROMAX OPERATING CO., INC., WOODBINE ACQUISITION, LLC,
PETRO TEXAS, LLC, CH4 ENERGY II, LLC,
AND TEXCAL ENERGY SOUTH TEXAS L.P.,**

*Appellees.*

On Appeal from the 12th Judicial District Court
Madison County, Texas
Cause Number 12-13130-012-10

## UNOPPOSED SECOND MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Burlington Resources Oil & Gas Company LP respectfully moves the Court to extend the time for filing Appellant's Brief by 29 days, to and including October 20, 2015. Appellees do not oppose this requested extension.

1. The last of the clerk's and reporter's records was filed on July 21, 2015. Burlington obtained a 30-day extension of time to file Appellant's Brief, which currently is due on September 21, 2015.

1

2. Appellant requests an additional 29-day extension of time to file Appellant's Brief, to and including October 20, 2015.

3. In support of the requested extension, Appellant would show that Kirsten Castañeda, who has responsibility for drafting Appellant's Brief, had several unexpected health issues arise for herself and for her mother from August 21, 2015 through the present. These health issues required her attendance at: (1) appointments for herself with two specialists, tests, and an outpatient procedure during the period from August 21 through September 1, 2015; (2) the hospitalization of her mother from August 28 through August 30, 2015, with additional care on September 13, 2015; and (3) a follow-up appointment with a specialist and additional medical testing for her mother on September 14, 2015. Ms. Castañeda's absences from the office to attend appointments and to stay at the hospital with her mother, coupled with the time spent arranging additional specialist appointments and home health care physical therapy for her mother, diverted her from completing the work she had already devoted to Appellant's Brief during the initial briefing period. This has interfered with filing the Appellant's Brief by the current deadline. Ms. Castañeda expects that some additional time will be required to assist with her mother's ongoing issues, but the groundwork already done will minimize further interference and allow completion of Appellant's Brief within the extension period requested in this Unopposed Motion.

4.    In addition, Appellant would show that Roger Townsend, who is lead appellate counsel and also has responsibility for drafting Appellant's Brief, has been required to devote time to: (a) preparation for and presentation of oral argument in *MM Steel, LP vs. JSW Steel (USA) Incorporated, et al.*, No. 14-20267, in the United States Court of Appeals for the Fifth Circuit on August 31, 2015; and (b) drafting Petitioner's reply brief on the merits in *Eric Yollick v. JJJJ Walker, LLC, et al.*, No. 14-0974, in the Supreme Court of Texas, due September 18, 2015. These deadlines and commitments further support granting the extension period requested in this Unopposed Motion.

7.    In addition, Appellant would show that John Mercy, who also has responsibility for drafting Appellant's Brief, has been required to devote time during the briefing period in this appeal to: (a) serving as mediator in *Matthew Sankovich v. Grecian Hotels, LLC, et al.*, No. 2011C-1405, in the 3rd Judicial District Court, Henderson County, Texas; (b) attendance at a hearing in *Brandi Williams v. Tillerd Ardean Smith, et al.*, No. 12-0889, in the 71st Judicial District Court, Harrison County, Texas; (c) attendance at depositions in *Cristina Jordan Vega v. Pedro Cano d/b/a Cano's Tax Service*, No. 33,435 in the 276th District Court, Titus County, Texas; (d) serving as mediator in *Earline Lahman, et al. v. Cape Fox Corporation et al.*, No. 84414, in the 62nd District Court of Lamar County, Texas; (e) assisting in preparation of Respondents' Brief on the Merits in *Petrohawk Properties, L.P., et*

*al. v. Noel Diane Jones, et al.*, No. 15-0200, in the Supreme Court of Texas; and (f) working on Appellant's Brief in *City National Bank of Sulphur Springs v. John Alexander Smith*, No. 06-15-00013-CV, in this Court. These deadlines and commitments further support granting the extension period requested in this Unopposed Motion.

8. Appellant sought and obtained one previous 30-day extension of time to file Appellant's Brief. This case has not yet been set for submission. Appellant seeks this extension not solely for delay, but so that justice may be done.

7. As reflected in the Certificate of Conference below, Appellees do not oppose the requested extension.

**PRAYER**

WHEREFORE, Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's Brief in this matter by 29 days, to and including October 20, 2015. Appellant also prays for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

/s/ Kirsten M. Castañeda

Roger D. Townsend
  State Bar No. 20167600
  *rtownsend@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
1844 Harvard Street
Houston, Texas   77008
Tel: (713) 523-2358 / Fax: (713) 523-4553

Kirsten M. Castañeda
  State Bar No. 00792401
  *kcastaneda@adjtlaw.com*
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206
Tel: (214) 369-2358 / Fax: (214) 369-2359

John R. Mercy
  State Bar No. 13947200
  *jmercy@texarkanalawyers.com*
MERCY ✳ CARTER ✳ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
Tel:  (903) 794-9419 / Fax: (903) 794-1268

Fred Hagans
  State Bar No. 08685500
  *fhagans@hagans-law.com*
Kendall C. Montgomery
  State Bar No. 14293900
  *kmontgomery@hagans-law.com*
HAGANS BURDINE MONTGOMERY & RUSTAY,
  P.C.
3200 Travis, Fourth Floor
Houston, Texas   77006
Tel: (713) 222-2700 / Fax: (713) 547-4950

5

Vincent L. Marable III
  State Bar No. 12961600
  trippmarable@sbcglobal.net
PAUL WEBB, P.C.
221 N. Houston Street
Wharton, Texas   77488
Tel: (979) 532-5331 / Fax: (979) 532-2902

*Counsel for Appellant Burlington Resources*
*Oil & Gas Company LP*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 15-16, 2015, I conferred with counsel for Appellees listed in the certificate of service below regarding the extension requested in this Motion, and Rich Phillips responded on behalf of Appellees jointly that they do not oppose the requested extension.

/s/ Kirsten M. Castañeda
Kirsten M. Castañeda

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2015, a true and correct copy of the foregoing Unopposed Motion is served via e-service through efile.txcourts.gov on Appellees through counsel of record, listed below:

Mr. Brad D'Amico
  *bd@canteyhanger.com*
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201

*Counsel for Appellee Petromax Operating Co., Inc.*

Mr. Greg W. Curry
  *Greg.Curry@tklaw.com*
Mr. Gregory D. Binns
  *Gregory.Binns@tklaw.com*
Mr. Richard B. Phillips, Jr.
  *Rich.Phillips@tklaw.com*
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201

*Counsel for Appellee Woodbine Acquisition, LLC n/k/a MD America Energy LLC*

Mr. David J. Beck
  *dbeck@beckredden.com*
Mr. Thomas E. Ganucheau
  *tganucheau@beckredden.com*
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010

*Counsel for Appellees Petromax Operating Co., Inc., Petro Texas LLC, and CH4 Energy II, LLC*

Mr. Jesse R. Pierce
  *JPierce@pierceoneill.com*
Mr. Brian K. Tully
  *BTully@pierceoneill.com*
PIERCE & O'NEILL, LLP
4203 Montrose Blvd.
Houston, Texas 77006

*Counsel for Appellee TexCal Energy South Texas, LP*

        /s/ Kirsten M. Castañeda
Kirsten M. Castañeda

7